## BEFORE THE UNITED STATES JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL No. 3071 |

## NOTICE OF POTENTIAL RELATED ACTIONS
## SCHEDULE OF ACTIONS

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:** Mary Bertlshofer on Behalf of All Others Similarly Situated, and Mary Bertlshofer, Individually **Defendants:** RealPage, Inc.; Avenue5 Residential, LLC; BH Management Services, LLC; Camden Property Trust; Cortland Partners, LLC; Cushman and Wakefield, Inc.; Greystar Real Estate Partners, LLC; Mid-America Apartment Communities, Inc.; Simpson Property Group, LLP | D. Arizona (Phoenix Div.) | 2:23-cv-00018 | G. Murray Snow |

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 2 | **Plaintiffs:** Jeremy Enders on Behalf of All Others Similarly Situated, and Jeremy Enders, Individually **Defendants:** RealPage, Inc.; Allied Orion Group LLC; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; Bell Partners, Inc.; BH Management Services, LLC; Camden Property Trust; Cortland Partners LLC; Cushman & Wakefield, Inc.; Equity Residential; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Independence Realty Trust, Inc.; Lincoln Property Co.; MidAmerica Apartment Communities, Inc.; Security Properties Inc.; Sherman Associates, Inc.; UDR, Inc. | D. Colorado | 1:23-cv-00055 | Raymond P. Moore |

| | | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 3 | | **Plaintiffs:**<br>Priscilla Parker on Behalf of All Others Similarly Situated, and Priscilla Parker, Individually; Patrick Parker on Behalf of All Others Similarly Situated, and Patrick Parker, Individually; Barry Amar-Hoover on Behalf of All Others Similarly Situated, and Barry Amar-Hoover, Individually<br>**Defendants:**<br>RealPage, Inc.; AvalonBay Communities, Inc; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Company; Camden Property Trust; ConAm Management Corp.; Cortland partners, LLC; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; Lantower Luxury Living, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc.; Pinnacle Property Management Services, LLC; RPM Living, LLC; UDR, Inc.; ZRS Management, LLC | S.D. Florida (Miami Div.) | 1:23-cv-20160 | K. Michael Moore |

|   | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 4 | **Plaintiffs:** Zachary Miller Corradino on Behalf of All Others Similarly Situated, and Zachary Miller Corradino, Individually; Samantha Taylor Reyes on Behalf of All Others Similarly Situated, and Samantha Taylor Reyes, Individually <br> **Defendants:** RealPage, Inc.; AvalonBay Communities, Inc; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Company; Camden Property Trust; ConAm Management Corp.; Cortland partners, LLC; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; Lantower Luxury Living, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc.; Pinnacle Property Management Services, LLC; RPM Living, LLC; UDR, Inc.; ZRS Management, LLC | S.D. Florida (Miami Div.) | 1:23-cv-20165 | Rodolfo A. Ruiz, II |

|   | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 5 | **Plaintiffs:** Marat Yusupov on Behalf of All Others Similarly Situated, and Marat Yusupov, Individually **Defendants:** RealPage, Inc.; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; BH Management Services, LLC; Bozzuto Management Company: Camden Property Trust; CONAM Management Corporation; Cushman & Wakefield, Inc.; CWS Apartment Homes, LLC; Equity Residential; Essex Property Trust, Inc.; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; Kaled Management Corp.; Lincoln Property Co.; Mid-America Apartment Communities, Inc.; Mission Rock Residential, LLC; Morgan Properties, LLC; Prometheus Real Estate Group; RPM Living, LLC; Sares Regis Group Operating, Inc.; Security Properties Inc.; Thrive Communities Management, LLC; UDR, Inc.; ZRS Management, LLC | W.D. Washington (Seattle Div.) | 2:23-cv-00013 | Robert S. Lasnik |

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 6 | **Plaintiffs:** Andrea Crook on Behalf of All Others Similarly Situated, and Andrea Crook, Individually **Defendants:** RealPage Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc.; AvalonBay Communities Inc; BH Management Services LLC; Bozzuto Management Company; CONAM Management Corporation; CWS Apartment Homes LLC; Camden Property Trust; Cushman & Wakefield Inc.; Highmark Residential LLC; Kaled Management Corp.; Mission Rock Residential LLC; Morgan Properties LLC; Prometheus Real Estate Group; RPM Living LLC; Sares Regis Group Operating Inc.; UDR Inc.; ZRS Management LLC | W.D. Washington (Seattle Div.) | 2:23-cv-00054 | Robert S. Lasnik |

|   | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 7 | **Plaintiffs:** Kara Hardie on Behalf of All Others Similarly Situated, and Kara Hardie, Individually; Kyle O'Brien on Behalf of All Others Similarly Situated, and Kyle O'Brien, Individually **Defendants:** RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc. | W.D. Washington (Seattle Div.) | 2:23-cv-00059 | Robert S. Lasnik |