# EXHIBIT A
## List of Parties Represented at Oral Argument

1. RealPage, Inc., Defendant
2. Allied Orion Group, LLC, Defendant
3. AMLI Management Company, Defendant
4. Asset Living, LLC, Defendant
5. AvalonBay Communities, Inc., Defendant
6. Avenue5 Residential, LLC, Defendant
7. B/T Washington, LLC d/b/a Blanton Turner, Defendant
8. Bell Partners, Inc., Defendant
9. BH Management Services, LLC, Defendant
10. Bozzuto Management Company, Defendant
11. Brookfield Properties Multifamily LLC (currently misnamed as Brookfield Residential Properties LLC), Defendant
12. CA Ventures Global Services, LLC, Defendant
13. Camden Property Trust, Defendant
14. Campus Advantage, Inc., Defendant
15. Cardinal Group Holdings LLC, Defendant
16. CH Real Estate Services, LLC, Defendant
17. ConAm Management Corporation, Defendant
18. Conti Capital, Defendant
19. Cortland Partners, LLC, Defendant
20. Cushman & Wakefield, Inc., Defendant
21. D.P. Preiss Company, Inc., Defendant
22. Equity Residential, Defendant
23. Essex Management Corporation, Defendant
24. Essex Property Trust, Inc., Defendant
25. FPI Management, Inc., Defendant
26. Greystar Real Estate Partners, LLC, Defendant
27. Highmark Residential, LLC, Defendant
28. Independence Realty Trust, Inc., Defendant
29. Interstate Realty Management Company, Defendant
30. Kairoi Management, LLC, Defendant
31. Knightvest Residential, Defendant
32. Lantower Luxury Living LLC, Defendant
33. Lincoln Property Co., Defendant
34. Lyon Management Group, Inc., Defendant
35. Mid-America Apartment Communities, Inc., Defendant
36. Mission Rock Residential, LLC, Defendant
37. The Morgan Group, Inc., Defendant
38. Pinnacle Property Management Services, Defendant
39. Prometheus Real Estate Group, Inc., Defendant
40. Rose Associates, Inc., Defendant
41. RPM Living, LLC, Defendant
42. Sares Regis Group Operating, Inc., Defendant

43. Security Properties Inc., Defendant
44. Sherman Associates, Inc., Defendant
45. SHP Management Corp., Defendant
46. Simpson Property Group, LLC (currently misnamed as Simpson Property Group, LLLP), Defendant
47. TF Cornerstone, Inc., Defendant
48. The Bozzuto Group, Defendant
49. The Michaels Organization, LLC, Defendant
50. The Related Companies, Inc., Defendant
51. Thrive Communities Management, LLC, Defendant
52. UDR, Inc., Defendant
53. Windsor Property Management Company, Defendant
54. WinnCompanies LLC, Defendant
55. WinnResidential Manager Corp., Defendant
56. ZRS Management, LLC, Defendant