# EXHIBIT B
## List of Actions

| | |
|---|---|
| 1. | *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.) |
| 2. | *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.) |
| 3. | *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.) |
| 4. | *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.) |
| 5. | *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.) |
| 6. | *Johnson v. RealPage, Inc. et al.*, No. 2:22-cv-01734 (W.D. Wash.) |
| 7. | *Silverman et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01740 (W.D. Wash.) |
| 8. | *Bohn et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01743 (W.D. Wash.) |
| 9. | *Pham et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01744 (W.D. Wash.) |
| 10. | *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.) |
| 11. | *Godfrey v. RealPage, Inc. et al.*, No. 2:22-cv-01759 (W.D. Wash.). |
| 12. | *Zhovmiruk v. RealPage, Inc. et al.*, No. 2:22-cv-01779 (W.D. Wash.) |
| 13. | *White v. RealPage, Inc. et al.*, No. 1:22-cv-12134 (D. Mass.) |
| 14. | *Vincin et al. v. RealPage, Inc. et al.*, No. 1:22-cv-01329 (W.D. Tex.) |
| 15. | *Carter v. RealPage, Inc. et al.*, No. 1:22-cv-01332 (W.D. Tex.) |
| 16. | *Boelens v. RealPage, Inc. et al.*, No. 2:22-cv-01802 (W.D. Wash.) |
| 17. | *Moore v. The Irvine Company, LLC et al.*, No. 2:22-cv-01826 (W.D. Wash.) |
| 18. | *Kramer v. RealPage, Inc. et al.*, No. 1:22-cv-03835 (D.D.C.) |
| 19. | *Precht v. RealPage, Inc. et al.*, No. 1:22-cv-12230 (D. Mass.) |
| 20. | *Watters v. RealPage, Inc. et al.*, No. 3:22-cv-01082 (M.D. Tenn.) |
| 21. | *Mackie v. RealPage, Inc. et al.*, No. 1:23-cv-00011 (D. Colo.) |
| 22. | *Bertlshofer v. RealPage, Inc. et al.*, No. 2:23-cv-00018 (D. Ariz.) |
| 23. | *Enders v. RealPage, Inc. et al.*, No. 1:23-cv-00055 (D. Colo.) |
| 24. | *Crook v. RealPage, Inc. et al.*, No. 2:23-cv-00054 (W.D. Wash.) |
| 25. | *Hardie v. RealPage, Inc. et al.*, No. 2:23-cv-00059 (W.D. Wash.) |
| 26. | *Parker v. RealPage, Inc. et al.*, No. 1:23-cv-20160 (S.D. Fla.) |
| 27. | *Corradino v. RealPage, Inc. et al.*, No. 1:23-cv-20165 (S.D. Fla.) |
| 28. | *Marchetti v. RealPage, Inc. et al.*, No. 1:23-cv-20263 (S.D. Fla.) |
| 29. | *Schmidig v. RealPage, Inc. et al.*, No. 1:23-cv-00108 (E.D. Cal.) |
| 30. | *Kramer v. RealPage, Inc. et al.*, No. 2:23-cv-00198 (W.D. Wash.) |
| 31. | *Lai Cheong v. RealPage, Inc. et al.*, No. 1:23-cv-00222 (E.D. Va.) |