BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL No. 3071 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Defendant RealPage, Inc. hereby certifies that the Notice of Presentation of Oral Argument was filed electronically with the Clerk of the Court using the CM/ECF system on March 3, 2023, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties have been served via e-mail or U.S. mail as indicated on the service list below.

Dated: March 3, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Jay Srinivasan*
　　　　　　　　　　　　　　　　　　Jay Srinivasan
　　　　　　　　　　　　　　　　　　jsrinivasan@gibsondunn.com
　　　　　　　　　　　　　　　　　　Daniel G. Swanson
　　　　　　　　　　　　　　　　　　dswanson@gibsondunn.com
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　Telephone: (213) 229-7430

　　　　　　　　　　　　　　　　　　Stephen Weissman
　　　　　　　　　　　　　　　　　　sweissman@gibsondunn.com
　　　　　　　　　　　　　　　　　　Michael J. Perry
　　　　　　　　　　　　　　　　　　mjperry@gibsondunn.com
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Telephone: (202) 955-8678

Stephen C. Whittaker
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 451-4337

*Counsel for Defendant RealPage, Inc.*

| | **Plaintiffs' Counsel Via E-Mail** | |
|---|---|---|
| 1. | Shelley Schmidig v. RealPage, Inc. et al., E.D. California, C.A. No. 1:23-at-00059<br><br>*Counsel for Plaintiff Shelley Schmidig* | Joseph R. Saveri<br>JOSEPH SAVERI LAW FIRM, INC.<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Email: jsaveri@saverilawfirm.com |
| 2. | Jeffrey Weaver v. RealPage, Inc. et al., D. Colorado, C.A. No. 1:22-cv-03224<br><br>*Counsel for Plaintiff Jeffrey Weaver* | Rusty Evan Glenn<br>SHUMAN GLENN & STECKER<br>600 17th Street, Suite 2800 South<br>Denver, CO 80202<br>Telephone: (303) 861-3003<br>Fax: (303) 536-7849<br>Email: rusty@shumanlawfirm.com |
| 3. | Tiffany Mackie v. RealPage, Inc. et al., D. Colorado, C.A. No. 1:23-cv-00011<br><br>*Counsel for Plaintiff Tiffany Mackie* | Rusty Evan Glenn<br>SHUMAN GLENN & STECKER<br>600 17th Street, Suite 2800 South<br>Denver, CO 80202<br>Telephone: (303) 861-3003<br>Fax: (303) 536-7849<br>Email: rusty@shumanlawfirm.com |
| 4. | Jeremy Enders v. RealPage, Inc. et al., D. Colorado, C.A. No. 1:23-cv-00055<br><br>*Counsel for Plaintiff Jeremy Enders* | Rusty Evan Glenn<br>SHUMAN GLENN & STECKER<br>600 17th Street, Suite 2800 South<br>Denver, CO 80202<br>Telephone: (303) 861-3003<br>Fax: (303) 536-7849<br>Email: rusty@shumanlawfirm.com |
| 5. | Kate Kramer v. RealPage, Inc. et al., D. District of Columbia, C.A. No. 1:22-cv-03835 | Christian Levis<br>LOWEY DANNENBERG PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601 |

| | | |
|---|---|---|
| | *Counsel for Plaintiff Kate Kramer* | Telephone: (914) 997-0500<br>Fax: (914) 997-0035<br>Email: clevis@lowey.com |
| 6. | Priscilla Parker et al. v. RealPage, Inc. et al., S.D. Florida, C.A. No. 1:23-cv-20160<br><br>*Counsel for Plaintiffs Priscilla Parker, Patrick Parker, and Barry Amar-Hoover* | Lindsey Caryn Grossman<br>CRIDEN AND LOVE PA<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: (305) 357-9000<br>Email: lgrossman@cridenlove.com<br><br>David R. Scott<br>G. Dustin Foster<br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St., P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Email: david.scott@scott-scott.com<br>Email: gfoster@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com<br><br>Geoffrey H. Kozen<br>J. Austin Hurt<br>Stacey P. Slaughter<br>Thomas J. Undlin<br>ROBINS KAPLAN LLP<br>800 Lasalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: gkozen@robinskaplan.com<br>Email: ahurt@robinskaplan.com<br>Email: sslaughter@robinskaplan.com<br>Email: tundlin@robinskaplan.com<br><br>Vincent Briganti<br>Christian P. Levis<br>Peter Demato<br>Radhika Gupta<br>LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500 |

|  |  |  |
|---|---|---|
|  |  | Fax: (914) 997-0035<br>Email: vbriganti@lowey.com<br>Email: clevis@lowey.com<br>Email: pdemato@lowey.com<br>Email: rgupta@lowey.com |
| 7. | Zachary Miller Corradino et al. v. RealPage, Inc. et al., S.D. Florida, C.A. No. 1:23-cv-20165<br><br>*Counsel for Plaintiffs Zachary Miller Corradino and Samantha Taylor Reyes* | Michael Elliot Criden<br>Lindsey Caryn Grossman<br>CRIDEN AND LOVE PA<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: (305) 357-9000<br>Fax: 357-9050<br>Email: lgrossman@cridenlove.com<br>Email: mcriden@cridenlove.com |
| 8. | Matteo Marchetti v. RealPage, Inc. et al., S.D. Florida, C.A. No. 1:23-cv-20263<br><br>*Counsel for Plaintiff Matteo Marchetti* | Benjamin Jacobs Widlanski<br>KOZYAK TROPIN THROCKMORTON LLP<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>Telephone: (305) 372-1800<br>Fax: 305-372-3508<br>Email: bwidlanski@kttlaw.com |
| 9. | David Precht v. RealPage, Inc. et al., D. Massachusetts, C.A. No. 1:22-cv-12230<br><br>*Counsel for Plaintiff David Precht* | Anthony A. Orlandi<br>Tricia R Herzfeld<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: (615) 254-8801<br>Email: aorlandi@bsjfirm.com<br>Email: triciah@bsjfirm.com |
| 10. | Billie Jo White v. RealPage, Inc. et al., D. Massachusetts, C.A. No. 1:22-cv-12134<br><br>*Counsel for Plaintiff Billie Jo White* | Amanda F. Lawrence<br>Patrick J McGahan<br>Michael Paul Srodoski<br>SCOTT & SCOTT ATTORNEYS AT LAW, LLP<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Email: alawrence@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com |

| 11. | Brandon Watters v. RealPage, Inc. et al., M.D. Tennessee, C.A. No. 3:22-cv-01082<br><br>*Counsel for Plaintiff Brandon Watters* | Anthony A. Orlandi<br>Tricia Herzfeld<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: (615) 254-8801<br>Fax: (615) 255-5419<br>Email: aorlandi@bsjfirm.com<br>Email: triciah@bsjfirm.com<br><br>John F. Garvey , Jr.<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>701 Market Street, Suite 1510<br>St. Louis, MO 63101<br>Telephone: (314) 390-6750<br>Fax: (615) 255-5419<br>Email: jackg@bsjfirm.com<br><br>David R. Scott<br>G. Dustin Foster<br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St., P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Email: david.scott@scott-scott.com<br>Email: gfoster@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com<br><br>Geoffrey H. Kozen<br>J. Austin Hurt<br>Stacey Slaughter<br>Thomas J. Undlin<br>ROBINS KAPLAN LLP<br>800 Lasalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: gkozen@robinskaplan.com<br>Email: ahurt@robinskaplan.com<br>Email: sslaughter@robinskaplan.com<br>Email: tundlin@robinskaplan.com<br><br>Vincent Briganti |

| | | |
|---|---|---|
| | | Christian P. Levis<br>Peter Demato<br>Radhika Gupta<br>LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Fax: (914) 997-0035<br>Email: vbriganti@lowey.com<br>Email: clevis@lowey.com<br>Email: pdemato@lowey.com<br>Email: rgupta@lowey.com |
| 12. | Selena Vincin et al. v. RealPage, Inc. et al., W.D. Texas, C.A. No. 1:22-cv-01329<br><br>*Counsel for Plaintiffs Selena Vincin, Laura Boelens, Phillip Mackie, and Anna Rodriguez* | Kyle A. Dingman<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>7718 Wood Hollow Drive, Suite 105<br>Austin, TX 78731<br>Telephone: (737) 843-2003<br>Fax: (512) 727-3432<br>Email: kdingman@scott-scott.com<br><br>Amanda F. Lawrence<br>David R. Scott<br>G. Dustin Foster<br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St., P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Email: alawrence@scott-scott.com<br>Email: david.scott@scott-scott.com<br>Email: gfoster@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com<br><br>Geoffrey H. Kozen<br>J. Austin Hurt<br>Stacey Slaughter<br>Thomas J. Undlin<br>ROBINS KAPLAN LLP<br>800 Lasalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: gkozen@robinskaplan.com |

|  |  |  |
|---|---|---|
|  |  | Email: ahurt@robinskaplan.com<br>Email: sslaughter@robinskaplan.com<br>Email: tundlin@robinskaplan.com<br><br>Vincent Briganti<br>Christian P. Levis<br>Peter Demato<br>Radhika Gupta<br>LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Fax: (914) 997-0035<br>Email: vbriganti@lowey.com<br>Email: clevis@lowey.com<br>Email: pdemato@lowey.com<br>Email: rgupta@lowey.com |
| 13. | Kim Carter v. RealPage, Inc., et al., W.D. Texas, C.A. No. 1:22-cv-01332<br><br>*Counsel for Plaintiff Kim Carter* | Kyle A. Dingman<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>7718 Wood Hollow Drive, Suite 105<br>Austin, TX 78731<br>Telephone: (737) 843-2003<br>Fax: (512) 727-3432<br>Email: kdingman@scott-scott.com<br><br>Amanda F. Lawrence<br>David R. Scott<br>G. Dustin Foster<br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St., P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Email: alawrence@scott-scott.com<br>Email: david.scott@scott-scott.com<br>Email: gfoster@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com<br><br>Geoffrey H. Kozen<br>J. Austin Hurt<br>Stacey Slaughter<br>Thomas J. Undlin<br>ROBINS KAPLAN LLP |

| | | |
|---|---|---|
| | | 800 Lasalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: gkozen@robinskaplan.com<br>Email: ahurt@robinskaplan.com<br>Email: sslaughter@robinskaplan.com<br>Email: tundlin@robinskaplan.com<br><br>Vincent Briganti<br>Christian P. Levis<br>Peter Demato<br>Radhika Gupta<br>LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Fax: (914) 997-0035<br>Email: vbriganti@lowey.com<br>Email: clevis@lowey.com<br>Email: pdemato@lowey.com<br>Email: rgupta@lowey.com |
| 14. | Gabriel Navarro v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:22-cv-01552<br><br>*Counsel for Plaintiff Gabriel Navarro* | Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: breannav@hbsslaw.com<br><br>Rio S. Pierce<br>Hannah K. Song<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Email: riop@hbsslaw.com<br>Email: hannahso@hbsslaw.com |
| 15. | John Pham et al. v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:22-cv-01744 | Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>Gayatri Raghunandan |

|   | *Counsel for Plaintiffs John Pham, Diana Lazarte, Marco Cuevas, Valdamitra Anderson, Michael Poole, and Daniel Flowers* | COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: azapala@cpmlegal.com<br>Email: ecastillo@cpmlegal.com<br>Email: jdallal@cpmlegal.com<br>Email: graghunandan@cpmlegal.com<br><br>Karin B. Swope<br>COTCHETT, PITRE & MCCARTHY, LLP<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Telephone: (206) 778-2123<br>Email: kswope@cpmlegal.com |
|---|---|---|
| 16. | Michelle K. Godfrey v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:22-cv-01759<br><br>*Counsel for Plaintiff Michelle K. Godfrey* | Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: breannav@hbsslaw.com |
| 17. | Yelizaveta Zhovmiruk v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:22-cv-01779<br><br>*Counsel for Plaintiff Yelizaveta Zhovmiruk* | Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: breannav@hbsslaw.com |
| 18. | Laura Boelens v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:22-cv-01802<br><br>*Counsel for Plaintiff Laura Boelens* | Samuel J. Strauss<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone: (608) 237-1775<br>Fax: (608) 509-4423<br>Email: sam@turkestrauss.com<br><br>David R. Scott |

|  |  | G. Dustin Foster<br>Patrick McGahan<br>Michael Srodoski<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>156 S. Main St., P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Email: david.scott@scott-scott.com<br>Email: gfoster@scott-scott.com<br>Email: pmcgahan@scott-scott.com<br>Email: msrodoski@scott-scott.com<br><br>Geoffrey H. Kozen<br>John Austin Hurt<br>Stacey Slaughter<br>Thomas J. Undlin<br>ROBINS KAPLAN LLP<br>800 Lasalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: gkozen@robinskaplan.com<br>Email: ahurt@robinskaplan.com<br>Email: sslaughter@robinskaplan.com<br>Email: tundlin@robinskaplan.com<br><br>Vincent Briganti<br>Christian P. Levis<br>Peter Demato<br>Radhika Gupta<br>LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Fax: (914) 997-0035<br>Email: vbriganti@lowey.com<br>Email: clevis@lowey.com<br>Email: pdemato@lowey.com<br>Email: rgupta@lowey.com |
| --- | --- | --- |
| 19. | MaryBeth Moore v. The Irvine Company, LLC et al., W.D. Washington, C.A. No. 2:22-cv-01826 | Beth E. Terrell<br>Blythe H. Chandler<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603 |

| | | |
|---|---|---|
| | *Counsel for Plaintiff MaryBeth Moore* | Facsimile: (206) 319-5450<br>Email: bterrell@terrellmarshall.com<br>Email: bchandler@terrellmarshall.com |
| **20.** | Andrea Crook v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:23-cv-00054<br><br>*Counsel for Plaintiff Andrea Crook* | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br><br>J. Caleigh Gray Macdonald<br>Matthew Sinclair Weiler<br>Todd M. Schneider<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (650) 670-5916<br>Email: jmacdonald@schneiderwallace.com<br>Email: mweiler@schneiderwallace.com<br>Email: tschneider@schneiderwallace.com |
| **21.** | Kara Hardie et al. v. RealPage, Inc. et al., W.D. Washington, C.A. No. 2:23-cv-00059<br><br>*Counsel for Plaintiffs Kara Hardie and Kyle O'Brien* | Steve W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: breannav@hbsslaw.com |
| **22.** | Kenny Lai Cheong v. RealPage Inc. et al., E.D. Virginia, C.A. No. 1:23-cv-00222<br><br>*Counsel for Plaintiff Kenny Lai Cheong* | Christopher Van Le<br>BOIESBATTIN LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA 22030<br>Telephone: (703) 764-8700<br>Email: cle@straus-boies.com |
| | **Defendants' Counsel Via E-Mail** | |
| **1.** | Defendant CWS Apartment Homes, LLC | Ann H. MacDonald<br>ann.mcdonald@afslaw.com<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100 |

|  | | |
|---|---|---|
|  | *Case Nos. 2:22-cv-01712, 2:22-cv-01826, 2:23-cv-00054, 2:23-cv-00198 (W.D. Wash.)* | Chicago, IL 60606<br><br>Bradford Axel<br>bradford.axel@stokeslaw.com<br>STOKES LAWRENCE, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101 |
| 2. | Defendant Sares Regis Group Operating, Inc.<br><br>*Case No. 2:22-cv-01712, 2:22-cv-01826, 2:23-cv-00054, 2:23-cv-00198 (W.D. Wash.)* | Valentine S. Hoy<br>vhoy@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101 |
| 3. | Defendant WinnResidential Manager Corp.<br><br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass.)* | Evan Fray-Witzer<br>evan@cfwlegal.com<br>CIAMPA FRAY-WITZER, LLP<br>20 Park Plaza, Suite 505<br>Boston, MA 02116 |
| 4. | Defendant The Related Companies, Inc.<br><br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass.)* | Andrew S. Harris<br>andrew.harris@levittboccio.com<br>LEVITT & BOCCIO LLP<br>423 West 55th Street, 8th Floor<br>New York, NY 10019 |
| 5. | Defendant Rose Associates Inc.<br><br>*Case No. 2:22-cv-01740 (W.D. Wash.)* | Richard P. Sybert<br>rsybert@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104 |
| 6. | Defendant Peabody Properties, Inc.<br><br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass.)* | George R. White, Jr.<br>gwhite@turkmilonelaw.com<br>TURK & MILONE, LLP<br>10 Forbes Road, Suite 400W |
| 7. | Defendant Dayrise Residential, LLC<br><br>*Case Nos. 1:22-cv-01332, 1:22-cv-01329 (W.D. Tex.)* | Robert D. O'Conor<br>boconor@ombtxlaw.com<br>O'CONOR, MASON & BONE, P.C.<br>1616 South Voss Street, Suite 200<br>Houston, Texas 77057 |

| 8. | Defendant CH Real Estate Services, LLC<br><br>*Case No. 2:22-cv-01726 (W.D. Wash.)* | Doug Baldridge<br>jbaldridge@Venable.com<br>Danielle R. Foley<br>DRFoley@Venable.com<br>Andrew Dickson<br>abdickson@Venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001 |
|---|---|---|
| 9. | Defendant Lyon Management Group, Inc.<br><br>*Case No. No. 1:22-cv-03224 (D. Colo.)* | Karen H Safran<br>ksafran@goodspeedmerrill.com<br>Rob Hunger<br>rhunger@goodspeedmerrill.com<br>Joann Halpern<br>jhalpern@goodspeedmerrill.com<br>GOODSPEED MERRILL LLP<br>9605 South Kingston Court, Suite 200<br>Englewood, CO 80112 |
| 10. | Defendant Knightvest Residential<br><br>*Case Nos. 1:22-cv-01332, 1:22-cv-01329 (W.D. Tex.)* | Cliff A. Wade<br>cliff.wade@bakerlopez.com<br>Chelsea L. Futrell<br>chelsea.futrell@bakerlopez.com<br>BAKER LOPEZ<br>5728 LBJ Freeway, Suite 150<br>Dallas, Texas 75240 |
| 11. | Defendant Conti Capital<br><br>*Case Nos. 1:22-cv-01332, 1:22-cv-01329 (W.D. Tex.)* | Ron Breaux<br>ron.breaux@haynesandboone.com<br>Brad Foster<br>brad.foster@haynesandboone.com<br>HAYNES AND BOONE LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |
| 12. | Defendant AMLI Management Company<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | David Kully<br>david.kully@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, District of Columbia 20006 |

| 13. | Defendant Asset Living, LLC<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | Rachel S. Brass<br>rbrass@gibsondunn.com<br>Caeli Higney<br>chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
|---|---|---|
| | **Defendants Via U.S. Mail** | |
| 1. | Defendant Morgan Properties, LLC<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.); Nos. 2:22-cv-01712, 2:22-cv-01826, 2:23-cv-00054, 2:23-cv-00198 (W.D. Wash.)* | Morgan Properties, LLC<br>c/o Corporation Service Company<br>2595 Interstate Dr, Suite 103<br>Harrisburg, PA 17110 |
| 2. | Defendant Kaled Management Corp.<br><br>*Case No. 2:23-cv-00054 (W.D. Wash.)* | Kaled Management Corp.<br>7001 Brush Hollow Road<br>Westbury, NY 11590 |
| 3. | Defendant Trammell Crow Company, LLC<br><br>*Case No. 1:23-cv-00222 (E.D. Va.)* | Trammell Crow Company, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 4. | Defendant New England Realty Associates Limited Partnership<br><br>*Case No. 1:22-cv-12134 (D. Mass.)* | New England Realty Associates Limited Partnership<br>c/o The Hamilton Company, Inc.<br>39 Brighton Avenue<br>Allston, MA 02134 |
| 5. | Defendant Thoma Bravo, L.P.<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | Thoma Bravo, L.P.<br>c/o CT Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

| | | |
|---|---|---|
| **6.** | Defendant Alliance Residential Company<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | Alliance Residential Realty, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |
| **7.** | Defendant Apartment Management Consultants, LLC<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | Apartment Management Consultants, LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| **8.** | Defendant Cortland Properties, Inc.<br><br>*Case No. 1:23-at-00059 (E.D. Cal.); No. 1:23-cv-20262 (S.D. Fla.)* | Cortland Properties, Inc.<br>c/o Anthony F. Spina<br>7610 W. North Avenue<br>Elmwood Park, IL 60707 |